UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PEREZ and NANCY SILVA, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, INC. and DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | Case No. 1:15-CV-00259-DAD-SKO<br><br>**ORDER EXTENDING DEADLINE FOR TAKING CERTAIN DEPOSITIONS** |

　　　　Pursuant to the parties' stipulation, and good cause having been shown, the Court orders that the fact discovery cutoff deadline of April 1, 2016, set in the Court's scheduling order dated August 5, 2015, is extended for the limited purposes of Defendant taking Plaintiffs' deposition on April 18, 2016, and Plaintiffs taking the depositions of Defendants' persons most qualified witnesses on April 29, 2016.

IT IS SO ORDERED.

Dated:   **March 18, 2016**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE