AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

FILED
APR 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| Jaime Perez and Nancy Silva,<br>Plaintiff(s),<br>V.<br>Sun Pacific Farming Cooperative, Inc.<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:15-cv-00259-DAD-SKO |

Notice is hereby given that, subject to approval by the court, __Sun Pacific Farming Cooperative, Inc.__ substitutes
(Party (s) Name)

__Paul R. Lynd of Arent Fox LLP__, State Bar No. __202764__ as counsel of record in
(Name of New Attorney)

place of __Traci Bernard-Marks and Nixon Peabody LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Arent Fox LLP
    Address: 55 Second Street, 21st Floor
    Telephone: (415) 757-5500     Facsimile (415) 757-5501
    E-Mail (Optional): paul.lynd@arentfox.com

I consent to the above substitution.
Date: 4/6/2016      Toby Maitland-Lewis
    (Signature of Party (s))

I consent to being substituted.
Date: 4/6/2016      Traci Bernard-Marks
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/6/2016      Paul R. Lynd
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/8/16      [signature]
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]