UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PEREZ and NANCY SILVA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. 1:15-CV-00259-DAD-SKO<br><br>**ORDER EXTENDING DEADLINES FOR TAKING THE DEPOSITION OF DEFENDANT'S PERSON MOST QUALIFIED AND FILING CLASS CERTIFICATION MOTION** |

Pursuant to the parties' stipulation, and good cause having been shown, the Court ORDERS that the deadline of April 29, 2016, for Plaintiffs to take the deposition of Defendant's person most qualified, set in the Court's order dated March 18, 2016 (Doc. 36), is extended to June 9, 2016, and is limited to the topics set forth in the notice of deposition, which was originally scheduled for April 29.

It is FURTHER ORDERED that the deadline of June 3, 2016, for Plaintiffs to file a motion for class certification, set in the Court's scheduling order dated August 5, 2015, is extended to July 15, 2016.

//

//

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **May 23, 2016**                                   /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING DEADLINES FOR TAKING DEFENDANT'S DEPOSITION
AND FILING MOTION FOR CLASS CERTIFICATION