UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PEREZ and NANCY SILVA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. 1:15-CV-00259-DAD-SKO<br><br>**ORDER FURTHER EXTENDING DEADLINE FOR TAKING DEFENDANT'S RULE 30 DEPOSITION AND FOR FILING OF MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, and good cause having been shown, the Court ORDERS that the deadline for Plaintiffs to take the deposition of Defendant's person most qualified under Fed. R. Civ. P. 30, previously extended by Order entered May 23, 2016 (Doc. 42), is further extended from June 9, 2016 to June 29, 2016, and is limited to the topics set forth in the notices of deposition, which was previously scheduled on April 29, 2016, and again on June 9, 2016.[1]

---

[1] The Court notes that, as the date of the parties' request, one of the deadlines sought to be extended – the deadline for Plaintiffs to take the deposition of Defendant's person most qualified – has already expired. Scheduling orders are "not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The parties are cautioned that future *post hoc* requests for extensions of time will be viewed with disfavor. Any future requests to modify the Court's Scheduling Order must be filed prior to the expiration of the date(s) sought to be extended -- in addition to demonstrating good cause as required by Fed. R. Civ. P. 16(b)(4).

ORDER EXTENDING DEADLINE FOR DEFENDANT'S RULE 30 DEPOSITION
AND FOR FILING OF MOTION FOR CLASS CERTIFICATION

It is FURTHER ORDERED that the deadline for Plaintiffs to file a motion for class certification, previously extended by Order entered May 23, 2016 (Doc. 42), is further extended from July 15, 2016 to August 5, 2016.

IT IS SO ORDERED.

Dated:   **June 15, 2016**                                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE