UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PEREZ and NANCY SILVA, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, INC. and DOES 1 through 10,<br><br>　　　　　　　　Defendants. | Case No. 1:15-CV-00259-DAD-SKO<br><br>**ORDER GRANTING LEAVE FOR DEFENDANT SUN PACIFIC FARMING COOPERATIVE, INC. TO FILE AMENDED ANSWER TO ASSERT AFFIRMATIVE DEFENSE PURSUANT TO NEW CALIFORNIA LABOR CODE SECTION 226.2(B)(ASSEMBLY BILL 1513)** |

　　　Pursuant to the parties' stipulation, and good cause having been shown, the Court grants Defendant Sun Pacific Farming Cooperative, Inc. leave to file an Amended Answer, as reflected in the parties' stipulation and the proposed Amended Answer attached to the stipulation (Doc. 45), for the purpose of asserting an affirmative defense pursuant to new California Labor Code section 226.2, subdivision (b).  Defendant shall file and serve the Amended Answer within three (3) court days of this Order.

IT IS SO ORDERED.

Dated:   **June 30, 2016**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE