# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PEREZ and NANCY SILVA, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN PACIFIC FARMING COOPERATIVE, INC.,<br><br>    Defendant.<br>_____/ | Case No.  1:15-cv-00259-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** |

The parties filed a Stipulated Request for Dismissal, in which all parties that have appeared in this action notify the Court of the stipulated dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 51.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated:   **January 3, 2017**                             /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE